UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD SATISH EMRIT,

                Plaintiff,

-against-

SPECIAL AGENT IN CHARGE OF FBI FIELD OFFICE IN SOUTHERN DISTRICT OF NEW YORK,

                Defendant.

23-CV-569 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 16, 2014, Plaintiff was barred from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining permission from the court to file. *See Emrit v. AOL Time Warner*, ECF 1:14-CV-0314, 13 (S.D.N.Y. May 16, 2014). Plaintiff files this new *pro se* civil action, seeks IFP status, and has not sought permission from the court to file.[1] The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the May 16, 2014, order in *Emrit*, 1:14-CV-0314.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith

---

[1] Plaintiff originally filed this action in the United States District Court for the District of Columbia, and by order dated December 13, 2022, that court transferred the action here. (ECF No. 5.) Plaintiff's complaint is virtually identical to previously filed complaints that have been transferred to this District. *See Emrit v. Special Agent*, ECF 1:22-CV-10804, 6 (S.D.N.Y. Dec. 27, 2022) (dismissing without prejudice, under 28 U.S.C. § 1651, complaint filed in the United States District Court for the Eastern District of Pennsylvania); *Emrit v. Special Agent*, ECF 1:22-CV-10740, 9 (S.D.N.Y. Dec. 21, 2022) (dismissing without prejudice, under 28 U.S.C. § 1651, complaint filed in the United States District Court for the Northern District of New York), *Emrit v. Special Agent*, ECF 1:22-CV-9832, 6 (S.D.N.Y. Dec. 1, 2022) (dismissing without prejudice, under 28 U.S.C. § 1651, complaint filed in the United States District Court for the Eastern District of New York), *appeal pending* (2d Cir.).

when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to terminate any pending motions. The Clerk of Court is further directed to enter judgment dismissing this action.

SO ORDERED.

Dated:  January 30, 2023
         New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          Chief United States District Judge