UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>      Plaintiff,<br><br> -against-<br><br>SPECIAL AGENT IN CHARGE OF FBI FIELD OFFICE IN SOUTHERN DISTRICT OF NEW YORK,<br><br>      Defendant. | 23-CV-569 (LTS)<br><br>CIVIL JUDGMENT |

 For the reasons stated in the January 30, 23, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 30, 2023
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge